IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLINTON WEBB,           ) | | |
|     ID #415336,           ) | | |
|         Petitioner,   ) | | |
| vs.                     ) | No. 3:18-CV-1174-N (BH) | |
|                       ) | | |
| LORIE DAVIS, Director,  ) | | |
| Texas Department of Criminal  ) | | |
| Justice, Correctional Institutions Division,  ) | | |
|         Respondent.   ) | Referred to U.S. Magistrate Judge | |

### RECOMMENDATION REGARDING REQUEST TO PROCEED
### IN FORMA PAUPERIS ON APPEAL

By *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred. Before the Court is the petitioner's motion to proceed *in forma pauperis* on appeal and a certificate of inmate trust account, received July 19, 2018 (doc. 11).

(**X**)   The motion for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:

    (**X**)   The petitioner is not a pauper. The certificate of inmate trust account shows that he has $570.70 in funds. It shows that his expenditures in prison since January 2018 have totaled $58.45. Based on this information, the Court should conclude that the petitioner will not suffer undue financial hardship after payment of the $505.00 filing fee. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).

**If the Court denies the request to proceed *in forma pauperis* on appeal, the defendant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 20th day of July, 2018.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE