IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLINTON WEBB,            )
    ID #415336,          )
        Petitioner,      )
vs.                      )   No. 3:18-CV-1174-N
                         )
LORIE DAVIS, Director,   )
Texas Department of Criminal  )
Justice, Correctional Institutions Division,  )
        Respondent.      )

## ORDER OF THE COURT ON RECOMMENDATION REGARDING
## REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )   The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.

(X)   The motion for leave to proceed *in forma pauperis* on appeal is DENIED for the following reasons:

   (X)   The petitioner is not a pauper. A review of the certificate of inmate trust account shows that he has $570.70 in funds. It shows that his expenditures in prison since January 2018 have totaled $58.45. Given this financial information, the Court concludes that the petitioner will not suffer undue financial hardship after payment of the $505.00 filing fee. *See Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988).

Although this Court has denied leave to proceed *in forma pauperis* on appeal, the defendant may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4). *See* Fed. R. App. P. 24(a)(5).

**SIGNED this 20th day of August, 2018.**

_____
David C. Godbey
United States District Judge